JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| C. R., a minor, by and through his parent, THERESE RAND,<br><br>　　　Plaintiff,<br><br>v.<br><br>FELTON WILLIAMS, Board President, JOHN MEYER, Board Vice President, MARY STANTON, Board Member, MICHAEL ELLIS, Board Member, CHRISTOPHER STEINHAUSER, Superintendent, DONALD HARPER, Community Service Learning Coach, all in their official capacities with the Long Beach Unified School District,<br><br>　　　Defendants. | Case No: CV07-06436-ODW (RCX)<br>(Complaint filed on October 9, 2007)<br><br>DATE:<br>TIME:<br>DEPT.:<br><br>[~~PROPOSED~~] ORDER ON THE PETITION TO APPROVE COMPROMISE SETTLEMENT OF THE PENDING ACTION FOR THE MINOR PLAINTIFF<br><br>Trial Date:  None assigned. |

## ORDER

1. Petitioner Therese Rand seeks court approval of the proposed compromise settlement of the minor Plaintiff's claims in this pending action.

2. Petitioner is both the mother and court-appointed Guardian ad Litem to Plaintiff C. R.

3. The action to be compromised and settled is asserted against Defendants Felton Williams, Board President, John Meyer, Board Vice President, Mary Stanton, Board Member, Michael Ellis, Board Member, David Barton, Board Member, Christopher Steinhauser, Superintendent, and

McCune & Harber, LLP
400 South Hope St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

Donald Harper, Community Service Learning Coach, all in their official capacities with the Long Beach Unified School District.

4. The Court orders:

   a. The petition is granted and the proposed compromise settlement of the action is approved. Plaintiff did not seek and will not receive any distribution of monetary compensation for his claims, but Plaintiff has received community service learning credit and the Long Beach Unified School District has revised its policy regarding community service work performed for religious organizations.

   b. The payer shall deliver $7,000 for reasonable attorneys' fees and costs directly to Liberty Counsel in accordance with the terms of the Settlement Agreement approved by this Court.

**IT IS SO ORDERED.**

DATED:   May 9 , 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE